# IN THE SUPREME COURT OF ALABAMA



## March 21, 2025

SC-2024-0836

Ex parte The University of Alabama Health Services Foundation, P.C., et al. PETITION FOR WRIT OF MANDAMUS (In re: John Lipscomb, individually and as personal representative of the Estate of Brenda Lipscomb v. University of Alabama Health Services Foundation, P.C., et al.) (Jefferson Circuit Court: CV-23-900321).

## <u>ORDER</u>

The petition for writ of mandamus in this cause is dismissed as moot.

SELLERS, J. -- Stewart, C.J., and Shaw, Wise, Bryan, Mendheim, Mitchell, Cook, and McCool, JJ., concur.

**Witness my hand on March 21, 2025.**

*Megan B. Rhodebeck*

**Clerk of Court,**
**Supreme Court of Alabama**